**Order entered August 24, 2015**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-11-00625-CV

### LENDELL BEACHAM, Appellant

### V.

### LOAN CARE SERVICING CENTER INC. & WATERFALL VICTORIA MASTERFUND, Appellees

**On Appeal from the 193rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 10-09160**

## ORDER

The Court **REINSTATES** this appeal.

On March 6, 2012, we abated this appeal due to the filing of bankruptcy by appellant. In response to our July 27, 2015 letter inquiring about the status of the bankruptcy proceeding, we received a letter from appellees' counsel stating that the bankruptcy proceedings are closed. Copies of the orders from the bankruptcy court are attached to the letter. Accordingly, the appeal may now proceed.

At the time the appeal was abated, appellant had filed an affidavit of indigence and a contest to the affidavit had been filed. However, due to appellant's filing bankruptcy, no hearing was conducted on the contest. The filing fee for the appeal had been paid, but the clerk's and

reporter's records had not been filed prior to the bankruptcy abatement. Therefore, this is the order of the Court.

We **ORDER** appellant to file, by **AUGUST 31, 2015**, either a motion to dismiss the appeal or written verification that appellant intends to pursue the appeal. If we do not receive either a motion to dismiss or appellant's verification that he intends to pursue the appeal, the Court will, without further notice, dismiss the appeal. *See* TEX. R. APP. P. 42.3.

We **DIRECT** the Clerk to send copies of this order to Lendell Beacham and counsel for appellees.

/s/ CAROLYN WRIGHT
   CHIEF JUSTICE